IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH N MONTELEONE,

    Plaintiff,

v.                          CASE NO. 1:06-cv-00031-MP-AK

REGINALD PERRY,
ERIC WOOTEN,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Stay. (Doc. 13). Plaintiff requests that the present matter be stayed so that he can fully exhaust his remedies. He also asks the Court to aid him in his efforts. The Court does not have the discretion to waive the exhaustion requirement or to stay pending cases to allow prisoners time to exhaust. Alexander v. Hawk, 159 F.3d 1321, 1324-26 (11th Cir. 1998). Since Plaintiff concedes that he has not exhausted his claims, he should voluntarily dismiss this cause and re-file it, if necessary, after he completes the exhaustion process. The motion to stay (doc. 13) is **DENIED**.

    **DONE AND ORDERED** this **26th** day of July, 2006

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**